UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO.  1:12-CV-860 (WOB)

COURTNEY HAYNES                                                                              PETITIONER

VS.

WARDEN, NORTH CENTRAL
CORRECTIONAL INSTITUTION                                                         RESPONDENT

## JUDGMENT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #11), and having considered *de novo* those objections filed thereto by Petitioner (Doc. #20), and the Court having sufficiently considered the matter, and being advised,

**IT IS ORDERED** that the objections be, and they hereby are, **overruled**; that the Report and Recommendation be, and it hereby is, **adopted** as the finding of fact and conclusions of law of this Court; that respondent's motion to dismiss (Doc. #8) is **granted;**  that petitioner's Petition for a Writ of Habeas Corpus (Doc. #2), pursuant to 28 U.S.C. 2254 be, and it  hereby is, **denied as time-barred**, and this matter is hereby **dismissed** from the docket of this court. A certificate of appealability shall not issue with respect to any of the claims alleged herein. Pursuant to 28 U.S.C. § 1915(a)(3), any appeal of this judgment would not be taken in good faith.

This 19th day of November, 2013.



Signed By:
*William O. Bertelsman* WOB
United States District Judge